01-15-00365-CR

Court of Appeals                                    Nov 30, 2015
Mr Prine.

    How do I file a bond hearing on my Appeal bond. May I still get one. How does it work. Do I Ask the Court of Appeals or my District court Judge. Please inform me.

    How Do I file a Petition for discretionary review. How do I file a Writ of Habeas corpus seeking relief of the final conviction on my case.

    These are Questions, I need answers to because my So called lawyer Frank d. Brown aint doing his Job. please help me Mr. Prine.

    Please refer me to the direction where I can find the Answers too.

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

DEC 3 2015

CHRISTOPHER A. PRINE
CLERK

                                        Respectfully,
                                        Orlando Salazar

Orlando Salazar #56029
122 W. Harris
TOM GREEN COUNTY JAIL
122 W. Harris
San Angelo, Texas 76903
San Angelo, TX

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

DEC - 3 2015

CHRISTOPHER A. PRINE
CLERK

77002+2066

ABILENE TX 796

30 NOV 2015 PM 2 T

Court of Appeal
First District
301 Fannin Street
Houston, TX 77002-2066